**Exhibit A to the Complaint**

**Location:** Sachse, TX  **IP Address:** 68.203.136.152
**Total Works Infringed:** 63  **ISP:** Time Warner Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | Vixen | 01/10/2018 04:21:06 | 01/09/2018 | 01/18/2018 | PA0002070945 |
| 2 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/05/2017 23:22:47 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 3 | 0326E8923C58852725F5A7857833A4CD3E715289 | Tushy | 05/07/2017 22:16:54 | 05/06/2017 | 06/16/2017 | PA0002069288 |
| 4 | 04BA85D2C37FB4F265C09CB3DABC08898C5544DD | Tushy | 09/30/2017 00:11:34 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 5 | 061839DA517C8121C784459FF2EA40CF0AD2A220 | Tushy | 08/16/2017 00:06:18 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 6 | 142D803F6D0A049D8976F7C3D6E808E1F7658942 | Blacked Raw | 12/23/2017 23:12:24 | 12/23/2017 | 01/18/2018 | 16200020025 |
| 7 | 1AAD40B9C28B70D2156BCD7912A2F284C11F634D | Vixen | 08/17/2017 23:53:56 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 8 | 2CB9141F13EA85096BC504ED39E5CBCD25983B19 | Vixen | 07/26/2017 02:28:01 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 9 | 30345D06651108177F2FCFB7EAA6B92BE2D5BD56 | Vixen | 11/11/2017 00:06:32 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 10 | 3899DF23466A4A4C58CA53479AE6CF8DD8BEF4C2 | Tushy | 12/28/2017 14:59:22 | 12/27/2017 | 01/18/2018 | 16215823711 |
| 11 | 3AF67ADE722E77AF5C23A9FB165F53CADB24E1AC | Blacked Raw | 11/28/2017 23:44:39 | 11/28/2017 | 12/17/2017 | 16159649278 |
| 12 | 44F6C759F4752247486CF56C77F44FEA0E1065F2 | Tushy | 11/18/2017 00:53:50 | 11/17/2017 | 01/04/2018 | PA0002069336 |
| 13 | 4621BB4A0025EC53A878119567D5F952DB339CE7 | Blacked | 05/27/2017 02:17:09 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 14 | 4699FA70336C7253C0D4CA0E1942A84BDCBE2AE0 | Vixen | 09/09/2017 23:42:12 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 15 | 48FACB22E186B79A3559DF1240089673767DFC3E | Tushy | 12/19/2017 00:15:01 | 12/17/2017 | 01/18/2018 | 16215970342 |
| 16 | 49AC32A35FDA73ED25DC180D6DB00F409402501B | Tushy | 11/08/2017 12:53:54 | 11/07/2017 | 11/15/2017 | 16013185672 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 4D82ADD27F7568F6D59A64F777E43A27BD64652E | Tushy | 11/23/2017 23:25:04 | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 18 | 4F0D3D0FD3F88791F4933080453A052BE6924F22 | Tushy | 10/09/2017 00:22:38 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 19 | 5C208E2ABF6083135CA52776A02D87442F215D60 | Tushy | 06/15/2017 20:36:56 | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 20 | 63DFE31973E8D9C33E4F6DC4A565B760E78B2463 | Vixen | 12/12/2017 02:19:30 | 12/10/2017 | 12/17/2017 | 16159649229 |
| 21 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 07/29/2017 00:47:15 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 22 | 6C5115AFADCAA1FA67725BC6C2B0073CFA71E606 | Tushy | 08/15/2017 02:55:43 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 23 | 733188B563BF15CED19162980E4D587EC3C32F1D | Vixen | 01/07/2018 18:50:34 | 01/04/2018 | 01/18/2018 | PA0002070947 |
| 24 | 739EB8A76A0350F7CA58F6464551E732BCED35C1 | Blacked Raw | 11/03/2017 20:54:05 | 11/03/2017 | 11/15/2017 | 16013254941 |
| 25 | 766E1C71FF552FF186850DD63CC9ECC58D923874 | Tushy | 09/19/2017 01:58:34 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 26 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 07/21/2017 01:13:28 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 27 | 7B57FCC04E365EC8AFA37E1EEDD1AEC885BB92B3 | Blacked | 12/08/2017 00:43:52 | 12/06/2017 | 12/17/2017 | 16159688299 |
| 28 | 806EDC665F428C22EAF1354B760B5D6625944474 | Vixen | 12/31/2017 00:24:46 | 12/30/2017 | 01/18/2018 | PA0002070944 |
| 29 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 06/29/2017 03:06:20 | 06/28/2017 | 07/07/2017 | PA0002070828 |
| 30 | 933264A7E1BE372770286D56E1E2640F4BE36D81 | Tushy | 12/23/2017 16:38:05 | 12/22/2017 | 01/18/2018 | 16215823592 |
| 31 | 9C80B087C925D30BA01F72FC0EAABD8EAADF588A | Blacked | 08/19/2017 20:10:49 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 32 | 9D1114F2ED6D94B73577B2D61F135B08A65E782D | Blacked | 11/12/2017 16:42:47 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 33 | A5FA84BEBC5D2C5A5330581452C032D90577EDC1 | Tushy | 08/06/2017 15:33:20 | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 34 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 05/31/2017 11:51:57 | 05/30/2017 | 06/22/2017 | PA0002039295 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | A890E0D79F6C5499009A42180B4D452FB4B71CE7 | Blacked Raw | 01/01/2018 17:06:32 | 11/08/2017 | 11/21/2017 | 16013185382 |
| 36 | AB6FFB0FD899B425F25C5D577CC4811AF5EC369B | Blacked | 07/20/2017 12:42:12 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 37 | AFA4C44023577E2A90E1CFA8DB69A6F5D035B1D2 | Blacked | 09/09/2017 01:55:19 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 38 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 10/27/2017 23:00:11 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 39 | B219D12248F1CA666493E6415186170418E22D01 | Vixen | 12/24/2017 18:40:47 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 40 | B789ECCEE3E821C0279016D05F4C7C02E6A3A60F | Blacked Raw | 11/14/2017 01:17:18 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 41 | B94B97749DBE7B9883FD15D44503A0EC8711AE6A | Vixen | 08/10/2017 00:10:29 | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 42 | BA56E328AE2DBA8A20B327451656293E37FDAE35 | Blacked | 11/25/2017 18:21:22 | 05/15/2017 | 06/22/2017 | PA0002039283 |
| 43 | C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C | Vixen | 12/30/2017 00:51:40 | 12/25/2017 | 01/18/2018 | 16200019612 |
| 44 | CA2A48ADA01E60840BAB8C6853A2B65A50C45806 | Tushy | 06/05/2017 23:10:44 | 06/05/2017 | 07/07/2017 | PA0002074097 |
| 45 | CA9C1A77C9BAC47BC3A59D3009DCAF3A444BBA43 | Tushy | 11/28/2017 02:17:52 | 11/27/2017 | 01/04/2018 | PA0002069335 |
| 46 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | Blacked | 06/20/2017 00:24:00 | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 47 | CD6294A1E374A9314470B69751116A79B32C1E56 | Blacked Raw | 11/19/2017 14:35:27 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 48 | D426A2D6E52831784821746CD52676CA758A10BA | Tushy | 12/08/2017 00:34:07 | 12/07/2017 | 12/17/2017 | 16159649536 |
| 49 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/13/2017 00:47:45 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 50 | D9F8CF8F73469DCA017F606B93D6B582BA9DD251 | Tushy | 10/28/2017 18:36:05 | 10/28/2017 | 11/15/2017 | 16013254281 |
| 51 | DBAA02153CB1ACE3D2D3133FD8A00C6766453DA5 | Blacked Raw | 01/04/2018 03:14:02 | 01/02/2018 | 01/18/2018 | 16215824133 |
| 52 | DD25D5793D9B4E6B233443D51BBBAB888FCC9FF8 | Vixen | 05/17/2017 01:31:29 | 05/09/2017 | 06/22/2017 | PA0002039298 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | E077B1FF542F9813257F25F80DF621F1EC832879 | Vixen | 09/06/2017 23:35:51 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 54 | E10259BB09AFE9410D944641E94048900ADEF0F2 | Blacked | 12/12/2017 01:42:09 | 12/11/2017 | 12/17/2017 | 16159650140 |
| 55 | E2C91D686F1089A32122D60EE586BBD81B4FFDD0 | Vixen | 11/26/2017 23:02:28 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 56 | E2E738A023ED0C5032A028D5D3AC7DB55D80DDC7 | Vixen | 11/21/2017 00:34:13 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 57 | E46B81E1A71E3AC4E1FF3BC9B79FCF54E0D2AF00 | Blacked | 11/03/2017 00:19:23 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 58 | E594CCFA020A26AFC7C7138A58759BC81230676D | Vixen | 08/09/2017 01:15:51 | 08/07/2017 | 08/17/2017 | PA0002077669 |
| 59 | EA5ED950235A748594878BB8534A2E15989E1120 | Tushy | 07/10/2017 23:16:07 | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 60 | EA940B8AA781644B98523FD3D1B0B6809C9A5229 | Blacked | 11/22/2017 13:16:28 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 61 | EB7AE91B0DD3565F29908CB6FB8ED993D709A162 | Blacked | 07/15/2017 00:11:48 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 62 | F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2 | Blacked | 10/25/2017 01:44:25 | 10/17/2017 | 11/15/2017 | 16013343097 |
| 63 | F4B1214D5F997A14D4D5996E170CB5F3C2D0C597 | Vixen | 10/12/2017 00:37:05 | 10/11/2017 | 10/22/2017 | 15918925932 |