## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Civil Case No. 3:18-cv-00621-D |
| Plaintiff, | Judge Sidney A. Fitzwater |
| v. | |
| JOHN DOE subscriber assigned IP address 68.203.136.152, | |
| Defendant. | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 68.203.136.152, are voluntarily dismissed with prejudice.

Dated: June 8, 2018                         Respectfully submitted,


By:  /s/ *Andy Nikolopoulos, Jr.*
        Andy Nikolopoulos, Esq. (24044852)
        anikolopoulos@foxrothschild.com
        Fox Rothschild, LLP
        5420 Lyndon B. Johnson Freeway
        Two Lincoln Centre, Suite 1200
        Dallas TX 75240-6215
        Tel.: (972) 991-0889
        Fax: (972) 404-0516
        www.foxrothschild.com
        *Attorneys for Plaintiff*